Curvin J. TRONE, Jr., Trustee for Westgate California Corporation, et al., Plaintiffs-Respondents,

v.

C. Arnholt SMITH et al., Defendants-Petitioners.

No. 77–8116.

United States Court of Appeals, Ninth Circuit.

May 10, 1977.

Before BROWNING and TRASK, Circuit Judges.

Despite the implications in *Cord v. Smith,* 338 F.2d 516 (9th Cir. 1964), we conclude that 28 U.S.C. § 1292(b) is not the proper avenue by which to obtain review of the district court's denial of a motion to disqualify an attorney for conflict of interest. *See Silver Chrysler Plymouth, Inc. v. Chrysler Motors Corp.,* 496 F.2d 800 (2d Cir. 1974) (in banc). *See also Melamed v. ITT Continental Baking Co.,* 534 F.2d 82 (6th Cir. 1976); *Draganescu v. First National Bank of Hollywood,* 502 F.2d 550 (5th Cir. 1974). We therefore deny permission to appeal pursuant to 28 U.S.C. § 1292(b). The accompanying motion for a stay of further proceedings is denied without prejudice.

Alan D. Croll, Alan C. Lebow, Wyman, Bautzer, Rothman & Kuchel, Los Angeles, Cal., for plaintiffs-respondents.

Thomas R. Sheridan, Simon & Sheridan, Mitchell L. Lathrop, Thomas S. Kidde, Kenneth A. Braun, Macdonald, Halsted & Laybourne, Los Angeles, Cal., Robert G. Steiner, Michael J. Weaver, Luce, Forward, Hamilton & Scripps, San Diego, Cal., for defendants-petitioners.